**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-189 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DEON YOUNG, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 18, 2023[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on September 18, 2023. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Unauthorized Use of Drugs;
3. Unauthorized Use of Drugs;
4. Unauthorized Use of Drugs;
5. Unauthorized Use of Drugs; and
6. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on September 18, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 – 6.

---

[1] A Supplemental Violation Report containing updated information was filed on September 5, 2023.

A final supervised release violation hearing was conducted on October 16, 2023. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney Carolyn Kucharski, representing the defendant; the defendant Deon Young and United States Probation Officer Camille Croft.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, 5, and 6.

IT IS ORDERED that the defendant's term of supervised release is continued and his conditions are modified to include following additional condition:

**Cognitive Behavioral Treatment**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS SO ORDERED**.

Dated: October 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SARA LIOI**
　　　　　　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**